UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 07-394-DLB

SHARON RUCKER                                                                                    PLAINTIFF

vs.                                         **OPINION AND ORDER**

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on Plaintiff's Motion for Summary Judgment (Doc. #11), Defendant's Motion for Summary Judgment (Doc. #14), and the Report and Recommendation of the Magistrate Judge (Doc. #16).

Plaintiff brought this action under 42 U.S.C. § 405(g) to challenge Defendant's final decision to deny Plaintiff's application for Supplemental Security Income. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b).

On October 28, 2008, the Magistrate Judge filed his Report and Recommendation. The Magistrate Judge rejected Plaintiff's argument that the Administrative Law Judge improperly disregarded the expert opinions of treating physician Dr. Acob, finding that rejection was supported by substantial evidence. The Administrative Law Judge also rejected Plaintiff's contention that the Administrative Law Judge erred by not including "never balancing" in the hypothetical presented to the vocational expert, finding such specificity was not required to satisfy the district court's prior remand order or the applicable standard of presenting a hypothetical based upon only those limitations the Administrative Law Judge accepted as credible. As such, the Magistrate Judge recommended that

Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary Judgment be denied.

Neither party filed objections to the Magistrate Judge's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, *see* U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the court to a magistrate judge's report and recommendation waives the right to appeal. *See Wright v. Holbrook,* 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation in this case.

Accordingly, **IT IS ORDERED** as follows:

(1) The Report and Recommendation of the Magistrate Judge (Doc. #16) is hereby **adopted** as the Opinion of this Court;

(2) Defendant's Motion for Summary Judgment (Doc. #14) is hereby **granted;**

(3) Plaintiff's Motion for Summary Judgment (Doc. #11) is hereby **denied;** and,

(4) Judgment in favor of Defendant will be entered contemporaneously herewith.

This 24TH day of November, 2008.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\SocialSecurity\Orders\6-07-394 Opinion and Order.wpd